**Exhibit 6**
United States of America
United States Patent and Trademark Office
You Tell Stories With Words…We Tell Stories With Jewelry
Registered Dec. 25, 2012



### United States of America
#### United States Patent and Trademark Office

## YOU TELL STORIES WITH WORDS…WE TELL STORIES WITH JEWELRY.

**Reg. No. 4,264,185**  ORIGAMI OWL, LLC (ARIZONA LIMITED LIABILITY COMPANY)
                       2225 WEST PECOS ROAD, SUITE 14
**Registered Dec. 25, 2012**  CHANDLER, AZ 85224

**Int. Cl.: 14**       FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

                       FIRST USE 2-3-2011; IN COMMERCE 2-3-2011.
**TRADEMARK**
                       THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
**PRINCIPAL REGISTER** TICULAR FONT, STYLE, SIZE, OR COLOR.

                       SER. NO. 85-654,314, FILED 6-15-2012.

                       LINDA LAVACHE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office