**Exhibit 7**
United States of America
United States Patent and Trademark Office
Every Locket Tells A Story…Whats Yours?
Registered Jan. 22, 2013



# EVERY LOCKET TELLS A STORY...WHATS YOURS?

**Reg. No. 4,278,689**
**Registered Jan. 22, 2013**
**Int. Cl.: 14**

**TRADEMARK**
**PRINCIPAL REGISTER**

ORIGAMI OWL, LLC (ARIZONA LIMITED LIABILITY COMPANY)
2525 WEST PECOS ROAD, SUITE 54
CHANDLER, AZ 85224

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 2-5-2011; IN COMMERCE 2-5-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-617,343, FILED 5-4-2012.

LINDA LAVACHE, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office